IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | Civil No. 1:22-cv-00638 |
| Plaintiff,   ) | |
| v.   ) | Judge Matthew W. McFarland |
| ) | Magistrate Judge Karen L. Litkovitz |
| KENNETH M. DAVID, ET AL.,   ) | |
| ) | |
| ) | |
| Defendants.   ) | |
| ) | |

**ORDER**

Upon Motion by the United States, with the consent of defendant Marinko Gvozdanovic, filed on August 8, 2023 as Docket No. 31,

IT IS HEREBY ORDERED that, Marinko Gvozdanovic is hereby dismissed from this case, pursuant to Federal Rule of Civil Procedure 21 because he has no current interest in the property at issue, which is located at 3033 Burning Tree Lane, Cincinnati, Ohio.

IT IS SO ORDERED.

Dated: 9/1/2023

_____
UNITED STATES MAGISTRATE JUDGE